IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOANNA PEARSON, | § § § | |
| Plaintiff | § § | |
| vs. | § § | NO. 4:18-CV-00627-ALM |
| JPMORGAN CHASE BANK, N.A., ET AL., | § § § § | |
| Defendants. | § § § | |

## ORDER

Upon Defendant Freedom Mortgage Corporation's Motion to Transfer Venue to the Northern District of Georgia [Dkt. No. 17 ] and this Court being otherwise sufficiently advised,

**IT IS ORDERED**:

1) that Defendant Freedom Mortgage Corporation's Motion to Transfer Venue to the Northern District of Georgia [Dkt. No. 17 ] is **GRANTED**; and

2) this the above-styled action is **TRANSFERRED** to the United States District Court for the Northern District of Georgia at Atlanta in its entirety.